IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
MELINDA PASQUINI,

Plaintiffs,

v.

ANTONIO PASQUINI, and
PASQUINI FRANCHISING, LLC,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference in connection with future proceedings on the plaintiffs' Motion for Preliminary Injunction [Doc. # 14].  Consistent with matters discussed this afternoon at the status conference:

IT IS ORDERED:

(1)     A three day evidentiary hearing on the Motion for Preliminary Injunction is set for **February 21, 23, and 24, 2012,** beginning each day at **8:30 a.m.**

(2)     The parties shall complete their Rule 26(a)(1) initial disclosures on or before **January 10, 2012.**

(3)     On or before **February 17, 2012**, the parties shall:

(a)  Exchange exhibits.  Prior to exchanging exhibits, the parties must confer in an attempt to agree on joint exhibits.  The use of joint exhibits avoids duplication and confusion.

    (b) Submit three copies of their exhibit lists (including joint exhibits). Stipulations as to authenticity and admissibility shall be set forth on the exhibit lists.

    (c) Submit to the courtroom deputy the original exhibits, properly marked and filed in notebooks.  Plaintiffs' exhibits should be marked with yellow labels, designated as P-1, P-2, etc.  Defendants' exhibits should be marked with blue labels, designated as D-1, D-2, etc. Joint exhibits should be marked with white labels, designated by numbers without any prefix. The civil action number should appear on each exhibit sticker.  Exhibits with more than one page shall have each page separately numbered.  Dividers with the exhibit designation must be placed between each exhibit for ease of reference.

    (d) Submit two copies of the exhibit notebooks for use by the court.

    (e) Notify the courtroom deputy of the need for any special accommodations required by an attorney, party, or witness; and of the need for technological equipment, including videoconferencing and any equipment required for the electronic presentation of evidence.

    (f) Submit three copies of their final witness lists with an estimate of the time required to complete direct examination.  Witnesses shall be listed in the order they will be called.  Each witness designated as a "will call" witness shall be that party's representation, upon which the opposing party may rely, that the witness will be present and available for testimony at the hearing.

  (4) On or before **February 17, 2012**, if at all, the parties shall file a written consent to proceed before a United States magistrate judge to hear and decide the Motion for Preliminary Injunction pursuant to 28 U.S.C. §636(c)(1)

**General Information**

(5) My courtroom deputy is Geneva Mattei. She can be reached at 303-335-2061. Any questions concerning exhibits or courtroom equipment should be directed to her. The proceedings will be tape recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least 30 days in advance of the hearing.

(6) My secretary is Estee Fraitag. She can be reached at 303-844-6408.

(7) My staff attorney is Renee Christian. She can be reached at 303-844-6408.

(8) At the hearing, all parties and witnesses shall be addressed as "Mr.," "Mrs.," "Ms.," "Dr.," etc. Informal references are not authorized except with my express permission.

Dated December 20, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge