IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
MELINDA PASQUINI,

Plaintiffs,

v.

ANTONIO PASQUINI, and
PASQUINI FRANCHISING, LLC,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    **Plaintiffs' Unopposed Motion to Amend Complaint** [Doc. # 71, filed 6/15/2012] is GRANTED; and

    (2)    The Clerk of the Court is directed to accept for filing plaintiffs' Amended Complaint and Demand for Injunctive Relief [Doc. # 71-1].

DATED:  June 18, 2012