IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17TH, LLC, and
PASQUINI'S COLFAX, LLC,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Defendants' Unopposed Motion for Leave to Amend Counterclaims** [Doc. # 79, filed 6/29/2012] is GRANTED; and

      (2)    The Clerk of the Court is directed to accept for filing Defendants' First Amended Counterclaims [Doc. # 79-1].


DATED: July 2, 2012