IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

    Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17th, LLC, and
PASQUINI'S COLFAX, LLC,

    Defendants.

## ORDER DENYING DEFENDANTS' MOTION FOR CLARIFICATION

This matter is before the Court on Defendants' Motion for Clarification. (Doc. # 87.) On June 28, 2012, this Court adopted and affirmed Magistrate Judge Boland's Report and Recommendation (Doc. # 56) and thereby granted Plaintiffs' Motion for Preliminary Injunction (Doc. # 14). (Doc. # 78.)

In the instant motion, Defendants seek an additional 90 days to comply with the injunction. (*See* Doc. # 87.) However, Plaintiffs argue, and the Court agrees, that granting such a request would defeat one of the primary purposes of a preliminary injunction—*i.e.*, to provide expedited relief to a party that would otherwise suffer imminent harm. (*See* Doc. # 96.)

Accordingly, it is ORDERED that Defendants Motion for Clarification (Doc. # 87) be DENIED.  It is

FURTHER ORDERED that Defendants SHALL IMMEDIATELY COMPLY with the preliminary injunction that has been ordered against them.

DATED:  August   07  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge