IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17TH, LLC, and
PASQUINI'S COLFAX, LLC,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 105, filed August 21, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
  The parties shall designate all experts and provide opposing
  counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
  on or before **October 19, 2012**;

  The parties shall designate all rebuttal experts and provide
  opposing counsel with all information specified in Fed. R. Civ. P.
  26(a)(2) on or before **November 19, 2012**;

Discovery Cut-Off:                              **December 14, 2012**;
Dispositive Motion Deadline:                    **January 14, 2013**.

IT IS FURTHER ORDERED that the Pretrial Conference set for January 17, 2013, is **vacated and reset to March 28, 2013, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred

A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **March 21, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B.

DATED: August 22, 2012