## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Boyd N. Boland

Civil Action No. 11-cv-02838-CMA-BNB


ROSSI VENTURES, INC.
Y. MELINDA PASQUINI

     Plaintiff,

v.

ANTONIO PASQUINI
PASQUINI FRANCHISING, LLC

     Defendant.

---

### STIPULATION AND ORDER REGARDING
### CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on October 3, 2012, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 3rd day of October, 2012.

BY THE COURT:

Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

ATTORNEY FOR PLAINTIFF

ATTORNEY FOR DEFENDANT