IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17TH, LLC, and
PASQUINI'S COLFAX, LLC,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    The **Opposed Motion for Leave to Take Previously Noticed Third Party Depositions Outside of Discovery Time Period** [Doc. # 148, filed 12/17/2012] (the "Motion") by defendant Pasquini Franchising, LLC, is GRANTED as specified;

      (2)    Pasquini Franchising, LLC, may depose David Stark and John Marcil on the following topics only:

> Melinda Pasquini's communications, if any, with Messrs. Stark and/or Marcil concerning Plaintiffs' use and ownership of the Pasquini's Pizzeria Mark, and Messrs. Stark's and Marcil's knowledge, if any, of Ms. Pasquini's state of mind concerning use and ownership of the Pasquini's Pizzeria Mark;

and

(3) The discovery cut-off is extended to and including **January 31, 2013**, solely to allow Pasquini's Franchising, LLC, to take the depositions of Messrs. Stark and Marcil.

DATED: January 3, 2013