IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

    Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17th, LLC, and
PASQUINI'S COLFAX, LLC,

    Defendants.

---

**ORDER ON DEFENDANTS' UNOPPOSED MOTION TO
DISMISS COUNTERCLAIMS PURSUANT TO F.R.CIV.P. 41(c)**

---

    This matter is before the Court on Defendants' Unopposed Motion to Dismiss Counterclaims Pursuant to F.R.C.P. 41(c) (Doc. # 163).  Having reviewed the Motion and the file, the Court ORDERS that Defendants' counterclaims are DISMISSED WITH PREJUDICE, each party to bear his, her or its own attorney's fees and costs as they otherwise might relate to those counterclaims.

    DATED:  January __15__, 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge