IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

    Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17th, LLC, and
PASQUINI'S COLFAX, LLC,

    Defendants.

**ORDER GRANTING JOINT MOTION FOR EXTENSION
OF TIME AND STAY OF PROCEEDINGS**

This matter is before the Court on the parties' Joint Motion for Extension of Time and Stay (Doc. # 191). The Court having reviewed the Motion and being otherwise fully advised in the premises, hereby orders as follows:

1. Good cause has been shown and therefore, the parties are granted a 21-day extension of time, to and including March 29, 2013, within which to file their reply briefs in support of their respective summary judgment motions.

2. The March 28, 2013 pre-trial conference before Magistrate Judge Boland is VACATED, including the parties' deadline to submit a proposed pre-trial order by March 21, 2013. The parties are DIRECTED to call Magistrate Judge Boland's

Chambers in order to reschedule the pre-trial conference as promptly as the Court's docket and the parties' respective calendars will reasonably permit and consistent with the extension of time granted herein.

      3.    All other activity in this case is stayed for a period of 21 days following the entry of this Order.

DATED: March __05__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge