IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02838-CMA-BNB

ROSSI VENTURES, INC., and
Y. MELINDA PASQUINI,

    Plaintiffs,

v.

ANTONIO PASQUINI,
PASQUINI FRANCHISING, LLC,
PASQUINI'S RESTAURANTS, LLC,
PASQUINI'S CHERRY CREEK, LLC,
PASQUINI'S 17th, LLC, and
PASQUINI'S COLFAX, LLC,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 197), signed by the attorneys for the parties hereto, it is

ORDERED that this case and all claims asserted herein are DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs, including attorney fees.

DATED: April __25__, 2013

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Court Judge